UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JENNIFER SLOAN                                                                                          PLAINTIFF

V.                                           No. 3:23-CV-54-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

Plaintiff, Jennifer Sloan, seeks judicial review of the administrative denial of his claims for Supplemental Security Income (SSI) benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 14*. The Motion states that Plaintiff's counsel does not oppose the requested reversal and remand. *Id. at 1.* Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand (*Doc. 14*) is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE