UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JENNIFER SLOAN                                                                                       PLAINTIFF

V.                                          No. 3:23-CV-54-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Jennifer Sloan, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE